**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-0015-WJM-MJW

BRIAN DEMAESTRI

    Plaintiff,

v.

STA INTERNATIONAL

    Defendant.


  and

Civil Action No. 12-cv-0016-WJM-MJW

BRIAN DEMAESTRI,

    Plaintiff,

v.

MERCHANTS CREDIT GUIDE COMPANY

    Defendant.

  and

Civil Action No. 12-cv-0017-WJM-MJW

BRIAN DEMAESTRI,

    Plaintiff,

v.

PINNACLE CREDIT SERVICES, LLC

    Defendant.

and

Civil Action No. 12-cv-0018-WJM-MJW

BRIAN DEMAESTRI

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC

    Defendant.

## ORDER OF CONSOLIDATION

This matter comes before the Court *sua sponte*. Pursuant to Fed. R. Civ. P. 42(a)(2), this Court finds that all four of Plaintiff's recently-filed actions listed below involve common questions of law or fact, including common parties and common claims, before this Court. Further, the Court finds that consolidation of these cases will avoid unnecessary costs and delays, and will promote judicial efficiency.

It is therefore ORDERED that the following actions are consolidated for all purposes, and future filings in any of these actions shall contain the caption as set forth above and shall be docketed under the case number 12-cv-0015-WJM-MJW:

    1)    12-cv-0015-WJM-MJW,
    2)    12-cv-0016-WJM-MJW,
    3)    12-cv-0017-WJM-MJW, and
    4)    12-cv-0018-WJM-MJW

It is FURTHER ORDERED that Magistrate Judge Michael J. Watanabe will remain as the sole referral Magistrate Judge in the consolidated action. Magistrate

Judge Watanabe is designated to conduct ALLMTN proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b).

It is FURTHER ORDERED that unless service has otherwise been completed or arranged, Plaintiff is DIRECTED to effect service of the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure not later than 30 days from the date of this Order, in order for the initial scheduling conference to be held promptly.

Dated this 18th day of January, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge